1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8

                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | TODD WILLARD,                          )
12 |                                        ) CASE NO.: 2:14-cv-09342-KES
   |        Plaintiff,                      )
13 |                                        )
14 | v.                                     )
   |                                        ) *[PROPOSED]* ORDER
15 | CAROLYN W. COLVIN, Acting,             ) AWARDING EAJA FEES
16 | Commissioner of Social Security,       )
   |                                        )
17 |        Defendant.                      )
18 | _____ )

19

20     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

21     IT IS ORDERED that EAJA fees are awarded in the amount of THREE

22 THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($3,900.00) subject to

23 the terms of the stipulation.

24

25 DATED:  February 24, 2016      _____
                                   HON. KAREN E. SCOTT
26                                 U.S. MAGISTRATE JUDGE

27

28